```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                 NORTHERN DIVISION
```

MTISHA JACKSON                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 3:15cv257TSL-RHW

ASHFORD UNIVERSITY                                          DEFENDANT

ORDER

     This case is before the court on the May 14, 2015 report and recommendation of United States Magistrate Judge Robert H. Walker, recommending dismissal based on plaintiff's failure to state a claim upon which relief may be granted and/or for lack of subject matter jurisdiction.  Pro se plaintiff Mtisha Jackson has failed to file an objection and the time for doing so has since expired.  Having considered the report and recommendation and the complaint, the court concludes that it is well taken and should be adopted as the opinion of this court.

     It is therefore ordered that the report and recommendation of Magistrate Judge Robert H. Walker is adopted as the opinion of this court.

     IT IS THEREFORE ORDERED that plaintiff's complaint is dismissed without prejudice as to the merits and with prejudice as to the court's subject matter jurisdiction.  A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

SO ORDERED AND ADJUDGED this the 2nd day of June, 2015.

                                            /s/ Tom S. Lee
                                            UNITED STATES DISTRICT JUDGE